IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DARNELL TIPTON, # N-31614,**

        **Plaintiff,**

vs.                                           Case No. 18-cv-1519-MJR

**J. LASHBROOK,**

        **Defendant.**

## MEMORANDUM AND ORDER

**REAGAN, Chief Judge:**

On September 21, 2018, the Court denied Plaintiff's Motion for Leave to Proceed *in forma pauperis* ("IFP Motion") (Doc. 2), noting that Plaintiff previously "struck out" by filing at least three prior actions that were dismissed as frivolous, malicious, or for failure to state a claim. (Doc. 10). Plaintiff also failed to demonstrate imminent danger of serious physical injury. *Id.* He was therefore ordered to pay the full filing fee of $400.00 by October 12, 2018. *Id.* The Court warned Plaintiff that failure to pay the fee by the deadline would result in dismissal of the action. *Id.*

The deadline has now passed, and Plaintiff has not paid the filing fee, nor has he requested an extension of the deadline for doing so. As such, Plaintiff is in violation of the Court's Order. The Court will not allow this matter to linger indefinitely.

Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice based on Plaintiff's failure to comply with an Order of this Court and for want of prosecution. FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994)). This dismissal shall NOT count as a "strike" under 28 U.S.C. § 1915(g). Plaintiff's obligation to pay the filing fee for this action was incurred at the

time the action was filed, so the fee of $400.00 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). A separate order will issue for the prison Trust Fund Officer to deduct payments from Plaintiff's trust fund account until the $400.00 fee is paid in full. All pending motions in this case are hereby **DENIED** as moot. The Clerk's Office is **DIRECTED** to close this case and enter a judgment accordingly.

**IT IS SO ORDERED.**

**DATED:** October 29, 2018

s/ Michael J. Reagan
**Chief Judge**
**United States District Court**